IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-171-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLARENCE DONNELL GENERETTE, | ) | |

This matter came before the court upon motion for new counsel filed by defendant, pro se. (DE 27). For good cause shown, the motion is ALLOWED and Deirdre R. Murray is withdrawn from the case. The Court ORDERS the Office of the Federal Public Defender to appoint new counsel for defendant. It is also ORDERED that the arraignment is continued to the court's May 14, 2019, term in New Bern.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this _12_ day of March, 2019.

ROBERT B. JONES, JR.
United States Magistrate Judge